UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>AARON M. STEINBERG aka<br>AARON MICHAEL STEINBERG,<br><br>               Defendant. | No. CV-09-14-JPH<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR JUDGMENT UPON ORDER OF DEFAULT<br><br>(**Ct. Rec. 22**) |

BEFORE THE COURT is plaintiff's motion for entry of judgment (Ct. Rec. 22) upon the order of default entered on October 19, 2009 (Ct. Rec. 21.)  Assistant United States Attorney Frank A. Wilson represents plaintiff.  Defendant is pro se.  On June 12, 2009, the parties consented to proceed before a magistrate judge (Ct. Rec. 11). The motion came before the Court for hearing without oral argument on November 20, 2009 (Ct. Rec. 22.)

After considering the motion and the Court record,

**IT IS ORDERED** that judgment is rendered in favor of plaintiff United States of America, and against defendant Aaron M. Steinberg, for the following claims:

Claim One

The amount of $11,964.33, plus interest on the principal through August 6,2008, computed at a rate of 5.82% per annum in the amount of $10,128.11, for a **total owing of $22,092.44** through August 6, 2008,

ORDER GRANTING PLAINTIFF'S MOTION
FOR JUDGMENT UPON DEFAULT - 1

plus interest thereafter on the principal at the rate of 5.82% per annum to the date of judgment;

Claim Two

The principal amount of $8,466.41, plus interest on the principal through August 6, 2008, computed at the rate of 10.00% per annum in the amount of 8,997.23, for a **total owing of $17,463.64** through August 6,2008; plus interest thereafter on the principal at the rate of 10 percent per annum to the date of judgment;

Claim Three

The principal amount of $20,689.04, plus interest on the principal through August 6,2008, computed at the rate of 5.67% per annum in the amount of $16,789.15, for a **total amount owing of $37,478.19** through August 6,2008; plus interest thereafter on the principal at the rate of 5.67% per annum to the date of judgment;

Claim Four

The principal amount of $36,279.82, plus interest on the principal through August 6,2008, computed at the rate of 5.01% per annum in the amount of $27,320.78, for a **total amount owing of $63,600.60** through August 6,2008; plus interest thereafter on the principal at the rate of 5.01% per annum to the date of judgment, including

a) court filing fees of $350.00 pursuant to 28 U.S.C. § 2412(a)(2);

b) docket fees in the amount of $20.00 pursuant to 28 U.S.C. § 1923;

ORDER GRANTING PLAINTIFF'S MOTION
FOR JUDGMENT UPON DEFAULT - 2

   c) costs and attorney fees pursuant to Fed. R. Civ. P. 37(a)(4); and

   d) post-judgment interest at the legal rate until fully paid.

   **IT IS SO ORDERED.**  The District Court Executive is directed to enter this order and forward a copy to the parties.  Judgment shall be entered for plaintiff **and the file CLOSED.**

   DATED this 20th day of November, 2009.

                                         S/ James P. Hutton

                                         JAMES P. HUTTON
                                         UNITED STATE MAGISTRATE JUDGE

ORDER GRANTING PLAINTIFF'S MOTION
FOR JUDGMENT UPON ORDER OF DEFAULT   3